891 F.2d 280
 Franz (Patricia) Estate of Franz (Charles)
v.
Raymark Industries, Inc., The Celotex Corp., Philip
CareyMfg. Co., Philip Carey Corp., Briggs Mfg. Co., and/or
Panacon Corp., Keene Building Products Corp., Eagle- Picher
Industries, Inc., Owens-Corning Fiberglas Corp., Armstrong
World Industries, Inc., Atlas Asbestos Corp., Ltd., Forty
Eight Insulations, Inc., Gaf Corp., Pittsburgh Corning
Corp., Combustion Engineering, Inc., Refractory and
Insulation, A.C. & S., Inc.
 NO. 89-3191
 United States Court of Appeals,
Third Circuit.
 NOV 16, 1989
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.